CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jarron Wade Durielle Bure
**Full Name of Plaintiff**     **Inmate Number** 05 28183

v.

Miller, Matthew L
**Name of Defendant 1**

Ruby, Wade
**Name of Defendant 2**

Martin, Wade
**Name of Defendant 3**

Josh, Shapiro
**Name of Defendant 4**

Ryan, Gardner
**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

Civil No. 4:25-CV-00574

(to be filled in by the Clerk's Office)

(___) Demand for Jury Trial
(___) No Jury Trial Demand

**FILED
WILLIAMSPORT**

MAR 3 1 2025

PER___EA_____
DEPUTY CLERK

I.     NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___✓___     Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_____     Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

_____     Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## ADDITIONAL DEFENDANTS

Defendant #6
Name: Metzger, Scott                    JOB TITLE: Commissioner
ADDRESS:
CITY:                COUNTY:                STATE: PA    ZIP:

Defendant #7
Name: Connors, Jennifer L        JOB TITLE: DA Extradition
ADDRESS:
CITY:                COUNTY:                STATE: PA    ZIP: 17701

Defendant #8
Name: Carlos, Paniagua        JOB TITLE: Lycoming County Children & Youth Service
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming        STATE: PA    ZIP: 17754

Defendant #9
Name: Wheeland, Melissa        JOB TITLE: County Agency Supervisor
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming        STATE: PA    ZIP: 17754

Defendant #10
Name: Quick, Laura        JOB TITLE: Lycoming County Children & Youth Service
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming        STATE: PA    ZIP: 17754

Defendant #11
Name: Penaloza, Eldiasgremil        JOB TITLE: US Blue Raven Services
ADDRESS:
CITY:                COUNTY:                STATE:        ZIP:

Defendant #12
Name: Trick, Matthew, R        JOB TITLE: State trooper #13606
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming        STATE: PA    ZIP: 17754

Defendant #13
Name: Keeler, Jamesan, S        JOB TITLE: State trooper #12116
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming        STATE: PA    ZIP: 17754

Defendant #14
Name: Simpler, Michael            JOB TITLE: Chief Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #15
Name: Sorage, Stephen            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #16
Name: Duck, Arnold            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #17
Name: Dincher, Leonard            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #18
Name: Irvin, Calvin            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #19
Name: Clark, Loretta            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #20
Name: Barrett, Donald            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

Defendant #21
Name: Hope, Joseph            JOB TITLE: Detective
ADDRESS: 48 West Third Street
CITY: Williamsport     COUNTY: Lycoming     STATE: PA     ZIP: 21770

**Defendant #22**
Name: Marino, Tom          JOB TITLE: District Attorney
ADDRESS: 48 West Third Street
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: 17701

**Defendant #23**
Name: Yates, Phoebe          JOB TITLE: District Attorney
ADDRESS: 48 West Third Street
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: 17701

**Defendant #24**
Name: Travis Pena C          JOB TITLE: State Trooper #10644
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming    STATE: PA    ZIP: 17754

**Defendant #25**
Name: Nicole Springs          JOB TITLE: Chief Public Defender
ADDRESS: 48 West Third Street
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: 17701

**Defendant #26**
Name: Shoemaker (LCP)          JOB TITLE: Warden
ADDRESS: 277 W 3RD Street
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: PA 17701

**Defendant #27**
Name: Tyler Calkins          JOB TITLE: Public Defender/Attorney
ADDRESS:
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: 17701

**Defendant #28**
Name: Timothy Reits          JOB TITLE: Court Appointed Attorney
ADDRESS:
CITY:    COUNTY:    STATE: PA    ZIP:

**Defendant #29**
Name: Lycoming County Prison Staff    JOB TITLE: Lt Rogers, Brad Bayshore Counselor
ADDRESS: 277 W 3RD Street
CITY: Williamsport    COUNTY: Lycoming    STATE: PA    ZIP: 17701

#31 Cpl Morse, Sgt Eye #32

**Defendant #30**
Name: Parker, Rebecca          JOB TITLE: Youth Aid Supervisor
ADDRESS: 899 Cherry St Montoursville
CITY: Montoursville    COUNTY: Lycoming    STATE: PA    ZIP: 17754

II.     **ADDRESSES AND INFORMATION**

    A.    **PLAINTIFF**

    Jarron Wade Durielle Boie

    Name (Last, First, MI)

    05-28483

    Inmate Number

    Lycoming County Prison

    Place of Confinement

    277 W. 3RD Street

    Address

    Williamsport, Lycoming, PA 17701

    City, County, State, Zip Code

    Indicate whether you are a prisoner or other confined person as follows:

      ✓      Pretrial detainee

    ___      Civilly committed detainee

    ___      Immigration detainee

    ___      Convicted and sentenced state prisoner

    ___      Convicted and sentenced federal prisoner

    B.    **DEFENDANT(S)**

    Provide the information below for each defendant. Attach additional pages if needed.

    Make sure that the defendant(s) listed below are identical to those contained in the caption.   If
    incorrect information is provided, it could result in the delay or prevention of service of the
    complaint.

    Defendant 1:

    Miller, Matthew L     Badge # 12378

    Name (Last, First)

    State Trooper

    Current Job Title

    Montoursville PsP, 899 Cherry st Montoursville

    Current Work Address

    Williamsport, Lycoming, PA 17254

    City, County, State, Zip Code

Defendant 2:

Ruby, Wade
Name (Last, First)

ADA District Attorney (Lycoming County Courthouse)
Current Job Title

48 West Third Street
Current Work Address

Williamsport, Lycoming, PA, 17701
City, County, State, Zip Code


Defendant 3:

Martin L. Wade
Name (Last, First)

District Attorney (Lycoming County Courthouse)
Current Job Title

48 West Third Street
Current Work Address

Williamsport, Lycoming, PA, #17701
City, County, State, Zip Code


Defendant 4:

Shapiro, Josh
Name (Last, First)

Govenor
Current Job Title


Current Work Address


City, County, State, Zip Code


Defendant 5:

Gardner, Ryan
Name (Last, First)

District Attorney (Lycoming County Courthouse)
Current Job Title

48 West Third Street
Current Work Address

Williamsport, Lycoming, PA, 17701
City, County, State, Zip Code

### III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional
pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

222 Barn Road Muncy PA. 17756 My home where I saw my step daughter's
THC Vape pens, the day before new year's Eve when she wasn't home,
when she did get home an notice her Weed pens were missing she waited on
the second time when her mother had to go to the hospital when I had
my new born daughter, to lash out on me while I was lock in the
Bedroom with my daughter.

B.    On what date did the events giving rise to your claim(s) occur?

Their paperwork says December 29th, I'm saying
December 28th

C.    What are the facts underlying your claim(s)? (For example: What happened to you?
Who did what?)

I was told that me and my child's mother
nicole Kitka that we would both speak
with the case worker together about these
false allegations but instead I was
told to up an leave my residents with
family have to drive out of state to randomly
pick me up God willingly, and losing my
Job an having to temporarily Move an
relocate and keep in contact with a
State trooper about my situation and
status which he stated that I had the
current option of coming in to talk to
him or not. I was made out to look like
something that I wasn't in all their paperwork.
They arrested me at my new current Job near
my mother an step father in North Carolina April 20th 2023.
And the Lycoming County Prison Staff in some shape way of form was
preventing me from getting my current federal paperwork out,
and would not allow my minor messes on here to be covered with
whiteout to try to make it Page 4 of 6 more neater.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what
constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to
assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if
needed.

Amendment 5
Protect self incrimination

Amendment 6
Right to speedy/public trial and consel and
to confront

Amendment 8
Prohibits excessive bail and cruel anqual
punishment

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described
above.

November 18th ankle muscle injury

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages,
you may want the court to order a defendant to do something or stop doing something, or you may be
seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not
request a specific amount of money.

Dismiss with ~~need~~ prejudice, both types of
relief for my family

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____

Signature of Plaintiff

3/23/2025
_____

Date

Jarron Bule #05-28483
Lycoming County Prison
277 W.3RD Street
Williamsport,PA 17701



RECEIVED
WILLIAMSPORT

MAR 31 2025

PER_____EA_____
         DEPUTY CLERK

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460

Official Business